UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| JAMES BABYAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:22-cv-00087-WHR-PBS |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter is before the Court on Defendant's Motion to Voluntarily Vacate the Removal and Close the Case [Dkt. # _6_ ]. The Court, having reviewed said Motion and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that the removal is hereby vacated and the case closed based on the fact that the State Court Case was technically dismissed without prejudice prior to the State Court receiving the Notice of Filing Notice of Removal.

Dated: ~~July~~ August  1 , 2022.

_____
Judge, United States District Court

52366403.v1-OGLETREE